BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
MANUEL ESPINOZA SEVILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL ESPINOZA SEVILLA,<br><br>　　　　　Defendant. | CR 1 11-00477 SBA<br><br>ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161(H)(7)(A) & (B)(iv) |

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court hereby orders that the status hearing set for October 3, 2011 at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for October 31, 2011 at 10:00 a.m..

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 3, 2011 and October 31, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additional time is thus needed for effective preparation of counsel, as well as

CR 11-00477 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time　　　　　1

1  continuity of counsel.  18 U.S.C. § 3161(h)(7) and (B)(iv).  The court further finds that the ends of

2  justice served by the granting of the continuance from October 3, 2011 until October 31, 2011

3  outweigh the best interests of the public and the defendant in a speedy and public trial .

4      Based on these findings, IT IS HEREBY ORDERED that the time between October 3, 2011

5  and October 31, 2011 be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and

6  (B)(iv).

7  DATED:9/29/11

                                                         */s/ Saundra B. Armstrong*
                                           HON. SAUNDRA BROWN ARMSTRONG
                                           United States District Judge

CR 11-00477 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time        2